```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA WATERS,

               Plaintiff,

-against-

BRIDGECREST CREDIT COMPANY, LLC,

               Defendant.

25 Civ. 3115 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's pre-motion letter dated May 6, 2025. ECF No. 12. Plaintiff has not filed an opposition letter. Accordingly:

1. Defendant's request to file a motion to dismiss and/or a motion to compel arbitration is GRANTED;
2. By **June 11, 2025**, Defendant shall file its motion;
3. By **July 2, 2025**, Plaintiff shall file her opposition papers; and
4. By **July 16, 2025**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: May 14, 2025
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge