USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/16/2025__

# HUSCH BLACKWELL

**Colleen Fox**
Partner
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
Direct: 202.378.5795
Fax: 202.378.2319
Colleen.Fox@huschblackwell.com
Not licensed in the District of Columbia. Mailing address only.

June 12, 2025

**VIA ECF**

Honorable Analisa Torres, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Waters v. Bridgecrest Credit Company LLC**
            Case No. 1:25-cv-03115-AT

Dear Judge Torres:

    Our office represents Defendant Bridgecrest Credit Company, LLC ("Bridgecrest") in the above-referenced matter. Consistent with Your Honor's Individual Practices, Bridgecrest respectfully requests that the deadline for the parties to submit a proposed Case Management Plan and Scheduling Order be stayed in light of the procedural posture of this matter, as further detailed below. This is Bridgecrest's first request to extend such deadline, and the requested extension does not impact any other scheduled dates in this matter.

    By way of brief background, this matter was removed to this Court on April 15, 2025. (Doc. 1). The next day, the Court issued an Initial Pretrial Scheduling Order, which requires the parties to submit a joint letter and jointly proposed Case Management Plan and Scheduling Order by June 16, 2025. (Doc. 8). The parties subsequently exchanged a first set of pre-motion letters, and on May 6, 2025, Bridgecrest filed its second pre-motion letter with the Court. (Doc. 12). Plaintiff did not file any opposition thereto and on May 14, 2025, the Court granted Bridgecrest's request to file its motion and set a briefing schedule. (Doc. 13). In accordance therewith, on June 11, 2025, Bridgecrest filed its Motion to Dismiss the Complaint for lack of personal jurisdiction or, in the alternative, Motion to Compel Arbitration (Doc. 14-17), which has not yet been fully briefed.

    At approximately 5:30 P.M. today, Plaintiff filed an amended complaint followed by an opposition to Bridgecrest's motion at 6:55 P.M. Bridgecrest needs additional time to evaluate the amended pleading and its response thereto, though based on its very early review, Bridgecrest has not ruled out that it may need to file another pre-motion letter pursuant to Your Honor's Individual Practices. Given that Plaintiff has now amended her pleading, Bridgecrest requests that the June 16, 2025 deadline to submit a joint Case Management Plan and Scheduling Order be adjourned until after Bridgecrest responds to the amended complaint, or, until after Bridgecrest's renewed motion to dismiss or compel arbitration is decided, if one is filed.

Husch Blackwell LLP

**HUSCH BLACKWELL**

Page 2

    Bridgecrest conferred with Plaintiff's counsel about this request this morning, before Plaintiff filed her amended complaint. Plaintiff refused to consent to any extension of the June 16 deadline.

    Thank you for Your Honor's consideration of this request.

    Respectfully submitted,

    */s/ Colleen Fox*

    Colleen Fox

By **July 16, 2025**, the parties shall submit their joint letter and proposed case management plan. Given Plaintiff's filing of an amended complaint, ECF No. 18, Defendant's motion to dismiss or to compel arbitration, ECF No. 14, is DENIED as moot. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 14 and 20.

SO ORDERED.

Dated: June 16, 2025
       New York, New York

ANALISA TORRES
United States District Judge