```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/25/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEISHA WATERS,

        Plaintiff,

-against-

BRIDGECREST CREDIT COMPANY, LLC,

        Defendant.

25 Civ. 3115 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter requesting that the deadline for the parties to file their joint letter and proposed case management plan be stayed pending Defendant's motion to compel arbitration. *See* ECF No. 29. Plaintiff has not opposed the request.

    Accordingly, the deadline for the parties to file their joint letter and proposed case management plan, *see* ECF No. 21, is ADJOURNED *sine die*.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 29.

    SO ORDERED.

Dated: July 25, 2025
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge